**Robinson+Cole**

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut,
Pennsylvania and New Jersey

September 19, 2019



MEMO ENDORSED

*Via ECF*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Moskovics v. Metropolitan Life Insurance Company*
       Civil Action No. 1:18-cv-09684-KPF

Dear Judge Failla:

    This office represents defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. With the consent of counsel for the Plaintiff, we write to respectfully request that the deadline for completion of discovery in this case be adjourned from October 21, 2019 to December 16, 2019, and that the initial pretrial conference be adjourned from October 29, 2019 to a date after December 16, 2019.

    This adjournment is requested because the undersigned counsel for MetLife has recently had an angioplasty, with a stent being placed due to a critically obstructed coronary artery, and has had to take time off from work for recovery.

    This is MetLife's second request for adjournment of the deadline for completion of discovery and third request for adjournment of the initial pretrial conference (*see* Docs. No. 33, 34). There are no other scheduled dates that are affected by the requested adjournment.

Respectfully submitted,

/s/Michael H. Bernstein
Michael H. Bernstein
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, NY 10017
*Attorneys for Defendant*

cc:  Samuel Karpel (counsel for Plaintiff, via ECF)

Application GRANTED, with the Court's best wishes for counsel's speedy recovery. Discovery shall be completed on or before December 16, 2019. The pre-trial conference currently scheduled for October 29, 2019, is hereby ADJOURNED to January 13, 2020, at 3:30 p.m in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:      September 19, 2019          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE