# Robinson+Cole

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut,
Pennsylvania and New Jersey

January 8, 2020
*Via ECF*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re: *Moskovics v. Metropolitan Life Insurance Company*
  Civil Action No. 1:18-cv-09684-KPF

Dear Judge Failla:

This office represents defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. With the consent of counsel for the Plaintiff, we write to respectfully request that the January 13, 2020 pretrial conference be adjourned.

The adjournment is requested because the undersigned counsel for MetLife will be travelling to Salt Lake City, Utah on January 13, 2020 to attend oral arguments on dispositive motions in the United States District Court for the District of Utah that are scheduled for January 14 and January 15, 2020.

The parties are available for the pretrial conference on January 30, January 31 (in the morning), February 6, February 19 and February 20, 2020. We note that Plaintiff's counsel is not available during the week of January 20th because his wife is expected to give birth that week.

This is MetLife's fourth request for adjournment of the pretrial conference (with the initial two adjournment requests being due to emergency medical situations involving the undersigned counsel of record and his father). There are no other scheduled dates that are affected by the requested adjournment.

Respectfully submitted,

/s/Michael H. Bernstein
Michael H. Bernstein
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, NY 10017
*Attorneys for Defendant*

cc: Samuel Karpel (counsel for Plaintiff, via ECF)

Application GRANTED.  The pretrial conference currently scheduled for January 13, 2020, is hereby ADJOURNED to January 30, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    January 8, 2020         SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE