

## Zilberberg Einhorn Karpel, P.C.
ATTORNEYS AT LAW

March 2, 2020

*Via email (Failla_NYSDChambers@nysd.uscourts.gov)*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

     Re:    *Jacob Moskovics v. Metropolitan Life Insurance Company*
               Civil Action No. 1:18-cv-09684-KPF

Dear Judge Failla:

     This letter is submitted jointly by counsel for the plaintiff and defendant.

     On March 2, 2020, Your Honor granted an application submitted by the parties requesting a 30 days extension of time to work towards a settlement of the case, and ordered that "By April 1, 2020, the parties shall notify the Court whether they have reached a settlement agreement and if not, whether the Court should issue an order regarding record discovery".

     Settlement discussions between the parties are ongoing, but have been delayed by office closures and other obstacles beyond the parties control caused by the COVID-19 pandemic and the City, State and Federal response to it. Therefore, the parties request an additional 45 days to work towards settlement. If, at the expiration of 45 days, settlement has not been achieved, the parties will inform the Court accordingly by joint letter and will advise whether it should an issue an order regarding record discovery and/or refer the matter to a magistrate judge for a settlement conference.

     Thank you.

Respectfully submitted,

| | |
|---|---|
| /s/Samuel Karpel | /s/Michael H. Bernstein |
| Samuel Karpel | Michael H. Bernstein |
| ZILBERBERG EINHORN KARPEL, P.C. | Jovana Vujovic |
| 4405 17th Avenue | ROBINSON & COLE LLP |
| Brooklyn, NY 11204 | 666 Third Avenue, 20th Floor |
| *Attorneys for Plaintiff* | New York, NY 10017 |
| | *Attorneys for Defendant* |