**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JACOB MOSKOVICS,

                     Plaintiff,

   -against-

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

                    Defendants.

------------------------------------------------------------x

No. 18-CV-9684 (KPF)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This case has been referred to me for settlement. (ECF 49). Parties are directed to appear telephonically for a pre-settlement conference on **June 17, 2020 at 10:30 am**. Parties should call (866) 390-1828, access code 1582687. The Court will separately email parties with the security code for the call. Clients need not be on the call.

     **SO ORDERED.**

Dated: June 3, 2020
       New York, New York

                                     *s/ Ona T. Wang*
                                        **Ona T. Wang**
                            United States Magistrate Judge