# Robinson+Cole

MICHAEL H. BERNSTEIN

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania and New Jersey

June 4, 2020

**VIA ECF**
Magistrate Judge Ona T. Wang
United States Magistrate Judge
United States District Courthouse
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **Jacob Moskovics v. Metropolitan Life Insurance Company,
      Case No. 18-cv-9684(KPF)(OTW)**

Dear Magistrate Judge Wang:

We represent Defendant Metropolitan Life Insurance Company in connection with the above-mentioned action.  I write to respectfully request an adjournment of the pre-settlement conference (the "Conference"), currently scheduled for June 17, 2020 (Dkt. No. 51).  I will be traveling the day of the Conference and will be unable to participate via remote means.

Plaintiff's counsel consents to the adjournment of the Conference. No prior requests for an adjournment of the Conference have been made.  Pursuant to Your Honor's Rules of Practice, the parties are available on June 24 and July 1, 2020, subject to the Court's calendar.

Respectfully,

Michael H. Bernstein
cc:  All Counsel of Record (via ECF)

Application Granted. The June 17, 2020 call is adjourned to **10:30 am on June 24, 2020.** Parties are directed to refer to ECF 51 for the dial-in information. The Clerk of Court is directed to close ECF 52. **SO ORDERED.**

_____
**Ona T. Wang  June 4, 2020
U.S.M.J.**

20821582-v1

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | **rc.com**

Robinson & Cole LLP