**Robinson+Cole**

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
jvujovic@rc.com
Direct (212) 451-2916

July 20, 2020

**MEMO ENDORSED**

*Via ECF*
Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:  *Moskovics v. Metropolitan Life Insurance Company*
     Civil Action No. 1:18-cv-09684-KPF

Dear Judge Wang:

This office represents defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. By its Order dated and entered on July 20, 2020 (Doc. No. 57), the Court scheduled a pre-settlement Zoom call for July 23, 2020 at 10:30 a.m. MetLife's counsel of record, Michael Bernstein and Jovana Vujovic, are both unavailable for the July 23, 2020 call due to prior work commitments (Mr. Bernstein is scheduled to present at a webinar on the morning of July 23, 2020 and Ms. Vujovic is scheduled to attend a settlement conference in another matter on July 23, 2020 beginning at 9:30 a.m.). MetLife's counsel and Plaintiff's counsel are available for a pre-settlement Zoom call anytime on July 24, 2020. For the foregoing reasons, and with the consent of Plaintiff's counsel, we respectfully request that the pre-settlement Zoom call be adjourned to July 24, 2020.

The July 23, 2020 10:30 am call is hereby adjourned to **July 28, 2020 at 4:00 pm**. Defendant is directed to email the Court and Plaintiff a Zoom link on **July 27, 2020**. The Clerk of Court is directed to close ECF 58. SO ORDERED.

_____
Ona T. Wang   July 20, 2020
U.S.M.J.

Respectfully submitted,

/s/Jovana Vujovic
Jovana Vujovic
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, NY 10017
*Attorneys for Defendant*

cc:  Samuel Karpel (counsel for Plaintiff, via ECF)